UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JACK'S OYSTER HOUSE, INC.,

    Plaintiff,

  -against-

TRI-STATE INSURANCE COMPANY OF
MINNESOTA,

    Defendant.

---

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

No.  1:23-cv-00036(FJS/TWD)

   **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Jack's Oyster

House, Inc., and Defendant, Tri-State Insurance Company of Minnesota, pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(ii) that this action and all claims against Tri-State Insurance Company of

Minnesota, are hereby DISMISSED WITH PREJUDICE, and with each party bearing their own

attorneys' fees and costs.

Dated:  February 28, 2024

**LYNN LAW FIRM LLP**
*Attorney for Plaintiff*

*Kelsey W. Shannon*

Kelsey W. Shannon, Esq.
333 W. Washington Street, Suite 100
Syracuse, NY  13202
Tel. (315) 474-1267
Email: kshannon@lynnlaw.com

Dated:  February 28, 2024

**ROBINSON & COLE, LLP**
*Attorneys for Defendant*

Raymond T. DeMeo, Esq.
280 Trumbull Street
Hartford, CT 06103
Tel. (860) 275-8318
Email: rdemeo@rc.com

**IT IS SO ORDERED.**

Date:  March 1, 2024

Frederick J. Scullin, Jr.
Senior United States District Judge